PS8
(01/24)

# United States District Court
for the
**Eastern District of Michigan**

U.S.A. vs. Djuan James-Allen Davis                                            Docket No. 22-20620-01

**Petition for Action on Conditions of Pretrial Release**

  COMES NOW Ryan A. Helms, Pretrial Services Officer, presenting an official report on defendant, Djuan James-Allen Davis, who was placed under pretrial release supervision on a $10,000.00 unsecured bond by United States Magistrate Judge Anthony P. Patti, sitting in the court at Detroit, Michigan, on October 27, 2022, under the following conditions:

1. Report as directed to Pretrial Services
2. Clear all warrants as directed.
3. Not use or possess any illegal or controlled substances not prescribed by a licensed medical practitioner.
4. Submit to drug testing and/or drug treatment as directed.
5. Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by Pretrial Services
6. Avoid all contact with any witnesses, co-defendants, or victims.
7. No use or possession of any firearms, destructive devices, or other dangerous weapons.

On November 17, 2022, the defendant appeared in court before United States Magistrate Judge Anthony P. Patti for an arraignment on an Indictment. The defendant was released under the previously imposed conditions.

The defendant has been subject to drug testing since his initial release on bond. The accused has continued to use marijuana despite multiple interventions by Pretrial Services to bring him into compliance with his release conditions.

On July 23, 2024, the defendant submitted a urine sample which tested positive for marijuana which was subsequently confirmed by the national laboratory. The defendant denied using marijuana, stating that it had been a month since his last use. The defendant last admitted to using marijuana prior to his drug screen on June 25, 2024. Pretrial Services has notified the Court on seven (7) prior occasions of continued marijuana use by this defendant. In total, the defendant has submitted eleven (11) positive drug screens and has not yet submitted a negative drug screen.

The defendant was referred for substance abuse treatment in February 2024. The accused is required to attend treatment twice monthly at Shanle Psychological Services in Detroit. Despite the defendant attending his treatment sessions regularly, he has continued to use marijuana.

An inquiry of NCIC/LEIN completed this date confirms the accused has cleared one (1) of his previous warrants and has one (1) warrant outstanding from 36th District Court in Detroit, Michigan.

Due to the above, Pretrial Services is requesting that a bond review hearing be scheduled so the defendant can answer to the above noted violations of his pretrial release.

Assistant United States Attorney Zachary Zurek and defense counsel Benton C. Martin have been informed of this request.

**Respectfully presenting petition for action of court and for cause as follows**:

**PRAYING THAT THE COURT WILL ORDER a Bond Review Hearing to be held on August 8, 2024, at 10:00 a.m., so that the defendant can answer as to the above noted violation.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 30, 2024

Respectfully,

_____Ryan A. Helms_____

U.S. Pretrial Services Officer

Place: Detroit, Michigan

Date: July 30, 2024

**THE COURT ORDERS:**

[ ]   No Action

[ ]   Modification of Pretrial Conditions as Requested

[X]   Bond Review Hearing and defendant to appear before the Judge assigned to the case on August 8, 2024 at 10:00 a.m.

[ ]   The Issuance of a Warrant [check one]

    [ ]   Defendant to appear before the Judge assigned to the case for purposes of bond determination and Defendant temporarily detained pending hearing

    [ ]   Defendant to appear before the Duty Magistrate Judge for purposes of bond determination

[ ]   The incorporation of the violation (s) contained in this petition with the other violations pending before the Court.

[ ]   Other

## ORDER OF COURT

Considered and ordered this __30th__ day of __July__, 20__24__ and ordered filed and made a part of the records in the above case.

s/Stephen J. Murphy, III
_____
United States District Court Judge Stephen J. Murphy, III